UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

SHAYLA R. TAYLOR,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:22-CV-41 JD

## ORDER

The defendant in this appeal, the Acting Commissioner of Social Security, has filed a motion to reverse her prior decision and remand this case for further proceedings (DE 18). The plaintiff's counsel consents to the remand. In light of the parties' agreement, the Court GRANTS the motion. The Court REVERSES the Commissioner's decision and REMANDS the matter for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is DIRECTED to prepare a judgment for the Court's approval.

Upon remand, an ALJ will offer the claimant the opportunity to attend a new hearing and will issue a new decision.

SO ORDERED.

ENTERED: July 26, 2022

                                             /s/ JON E. DEGUILIO
                                             Chief Judge
                                             United States District Court